BURTON W. FARNHAM, Respondent, *v.* GRAND CENTRAL PACKARD RENTING CORPORATION, Appellant, Impleaded with Another.

(Submitted January 10, 1927; decided January 18, 1927.)

Motion for reargument of motion to dismiss appeal denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 505.)

PHILLIPS & SONS (a Corporation), Respondent, *v.* CENTRAL OF GEORGIA RAILWAY COMPANY, Appellant.

(Submitted January 10, 1927; decided January 18, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 650.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM HARRISON, Appellant.

*Appeal — failure to file return and serve case — motion to dismiss appeal granted.*

People v. Harrison, 216 App. Div. 732, appeal dismissed.

(Submitted January 10, 1927; decided January 18, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1926, which affirmed a judgment of Kings County Court convicting defendant of the crimes of robbery and grand larceny, first degree, and assault, second degree.

The motion was made upon the grounds of failure to file a return and serve printed copies of the case on appeal.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.